UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULES FONTUS,

    Petitioner,

v.                                 CASE NO. 6:08-cv-2186-Orl-35KRS

MICHAEL A. TIDWELL, Chief of
Corrections, Orange County Correctional
Center, and ORANGE COUNTY
CORRECTIONS DEPARTMENT,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 7, 2009, Petitioner filed a Motion to Dismiss Case for Mootness (Doc. No. 4). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), it is

**ORDERED**:

1. Petitioner's Motion to Dismiss Case for Mootness is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of January, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/7
Counsel of Record